**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 13-1679**

---

NANCY E. LEGUM; ANTHONY E. KURTZ,

        Plaintiffs - Appellants,

     v.

RBC CAPITAL MARKETS, LLC., Successor to J.B. Hanauer & Co;
SAMUEL KLUFT KOLTUN,

        Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  J.  Frederick Motz, Senior District
Judge.  (8:12-cv-03773-JFM)

---

Submitted:  September 24, 2013    Decided:  September 26, 2013

---

Before NIEMEYER and THACKER, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Nancy E. Legum, Anthony E. Kurtz, Appellants Pro Se.  Daniel
Joseph Donovan, Priscilla Alden Donovan, DONOVAN & RAINIE, LLC,
Baltimore, Maryland, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nancy E. Legum and Anthony E. Kurtz appeal the district court's orders denying relief in their civil action and denying their motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Legum v. RBC Capital Mkts., LLC, No. 8:12-cv-03773-JFM (D. Md. Mar. 29, 2013; May 13, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED